*Donn A. Swift* and *Eric P. Smith,* in support of the petition.

Decided July 14, 1999

## PETER R. HENNING ET AL. *v.*
## VINCENT F. ROMEO ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 53 Conn. App. 903 (AC 17988), is denied.

*David S. Grossman,* in support of the petition.

*Michael J. Mannion,* in opposition.

Decided July 14, 1999

## STATE OF CONNECTICUT *v.* JAMES GRANT

The defendant's petition for certification for appeal from the Appellate Court, 53 Conn. App. 903 (AC 18643), is denied.

*Lauren Weisfeld,* assistant public defender, in support of the petition.

*Christopher J. Godialis,* assistant state's attorney, in opposition.

Decided July 14, 1999